## HART v. N.C.

[367 N.C. 775 (2014)]

| | | |
|---|---|---|
| ALICE HART, RODNEY ELLIS, JUDY CHAMBERS, JOHN HARDING LUCAS, MARGARET ARBUCKLE, LINDA MOZELL, YAMILE NAZAR, ARNETTA BEVERLY, JULIE PEEPLES, W.T. BROWN, SARA PILAND, DONNA MANSFIELD, GEORGE LOUCKS, WANDA KINDELL, VALERIE JOHNSON, MICHAEL WARD, T. ANTHONY SPEARMAN, BRITTANY WILLIAMS, RAEANN RIVERA, ALLEN THOMAS, JIM EDMONDS, SASHA VRTUNSKI, PRISCILLA NDIAYE, DON LOCKE, and SANDRA BYRD, Plaintiff-Appellees | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| v. | ) ) ) ) | From Wake County |
| STATE OF NORTH CAROLINA and NORTH CAROLINA STATE EDUCATIONAL ASSISTANCE AUTHORITY, Defendants, CYNTHIA PERRY, GENNELL CURRY, THOM TILLIS and PHIL BERGER, Intervenor-Defendant-Appellants | ) ) ) ) ) ) | |

No. 372A14

## ORDER

Pending before the Court is Defendant-Intervenors' Petition for Writ of Supersedeas and Motion to Expedite. On 22 September 2014, the North Carolina Court of Appeals issued a writ of supersedeas staying in part the order entered 28 August 2014 by Judge Robert Hobgood. Pursuant to that writ of supersedeas, the disbursement of funds to the 1,878 applicants who accepted Opportunity Scholarships through the Opportunity Scholarship Program as of 21 August 2014 was permitted, pending the outcome of Defendant-Intervenors' appeal of Judge Hobgood's order declaring the Program unconstitutional. That portion of the 22 September 2014 writ of supersedeas issued by the Court of Appeals remains undisturbed. The instant petition for writ of supersedeas is allowed to the extent that the State Education Assistance Authority may proceed with all preliminary administrative steps necessary to prepare for the 2015-16 academic year. However, funds scheduled to be disbursed to scholarship recipients, tentatively scheduled to begin on 15 August 2015, may not be released or distributed without further order of this Court.

**HART v. N.C.**

[367 N.C. 775 (2014)]

The motion to expedite is allowed.

By order of the Court in Conference, this 12th day of December, 2014.

s/Beasley, J.
For the Court
